```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22792
   THOMAS A BARBEE
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5870


----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/05/07 .

   2.  The case was dismissed without confirmation, 05/16/2008.

   3.  The Debtor paid a total of $   1342.70 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG          .00            .00             .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE   NOT FILED            .00             .00
OPTION ONE MORTGAGE CO   SECURED                .00            .00             .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE   NOT FILED            .00             .00
LAKE COUNTY COLLECTOR    SECURED                .00            .00          247.85
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED            .00             .00
STATE DISBURSEMENT UNIT  CHILD SUPPORT          .00            .00             .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00             .00
ILLINOIS DEPT REVENUE    PRIORITY        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED            .00             .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED            .00             .00
COMED                    UNSECURED       NOT FILED            .00             .00
DISH NETWORK             UNSECURED       NOT FILED            .00             .00
MIC COMMUNICATIONS       UNSECURED       NOT FILED            .00             .00
MIDLAND CREDIT MGMT      UNSECURED       NOT FILED            .00             .00
PALISADES                UNSECURED       NOT FILED            .00             .00
PALISADES                UNSECURED       NOT FILED            .00             .00
TCF BANK                 UNSECURED       NOT FILED            .00             .00
VALENTINE & KEBARTAS     UNSECURED       NOT FILED            .00             .00
AFNI                     UNSECURED       NOT FILED            .00             .00
----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------------
      Summary of disbursements:
----------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED     OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00        .00            .00
PRINCIPAL PAID        247.85         .00         .00        .00         247.85
INTEREST PAID            .00         .00         .00        .00            .00
```

```
TOTAL PAID                247.85         .00         .00         .00      247.85
```
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3500.00
and was paid $    376.00  direct and $   1017.65  through the plan.

The Trustee received $     77.20 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                     /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE